IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, an Iowa corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3011 |
| V. | ) ) | |
| DUANE EINSPAHR, personal representative of the Estate of Dorine Brooks, deceased, and MICHAEL ERNEST BROOKS, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on its own motion. There is nothing of record indicating the defendants were served, and the defendants have not entered an appearance.

IT THEREFORE IS ORDERED that:

Plaintiff is given twenty days to show cause why this case should not be dismissed under Rule 4(m) of the Federal Rules of Civil Procedure, or for want of prosecution.

DATED this 3rd day of June, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge